# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WAYNE J. AUCOIN, SR.

VERSUS

FEDERATED MUTUAL INSURANCE
COMPANY, ROBERTSON OIL
COMPANY, INC. AND S-S-ASMA,
L.L.C.

NO.  2019 CW 0476

SEPTEMBER 6, 2019

---

In Re:   Little Village, Inc. and Federated Mutual Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 648767.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DISMISSED.** Relators have advised the court that respondent has agreed to dismiss his claims against them. Accordingly, we dismiss the writ application.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT